

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00700-CV

**IN RE IMPLICITY MANAGEMENT COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

In an order dated October 11, 2019, this court stayed, pending final resolution of the petition for writ of mandamus, (A) the trial court's September 16, 2019 "Order on Defendant, American Risk Insurance Company's Second Amended Motion to Compel and For Sanctions" and (B) the trial court's hearing scheduled for October 14, 2019 on (1) relator's motion to quash the subject depositions and (2) the real party in interest's motion to enforce the taking of the subject depositions and for sanctions. We denied relator's request to stay all trial court proceedings in the underlying case.

On October 21, 2019, the real party in interest filed an emergency motion to stay all trial court proceedings that relator now opposes. We GRANT the request. All trial court proceedings in the underlying matter are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on October 23, 2019.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016CI11019, styled *Implicity Management Company v. American Risk Insurance Co., Inc.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.